UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. ED CV 20-0646-TJH(AGRx) | Date JULY 23, 2020 |

Title    An Thanh Nguyen v. David A. Marin et al.,

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Respondents shall file their opposition to the Emergency ex parte application for contempt [20], by no later than 12 noon on July 24, 2020.

IT IS SO ORDERED.

cc: all parties